IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. WILLIAMS,

    Plaintiff,                  No. CIV S-07-0752 WBS KJM P

    vs.

JAMES WALKER, et al.,

    Defendants.          ORDER

                             /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 3, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants: Leiber, Holmes and Malfi, insofar as the complaint alleges that they violated plaintiff's First Amendment rights by retaliatory actions or by failing to correct others' retaliatory actions (¶¶ 20, 21); defendants

1 Ramos, Lopez and Leach, insofar as the complaint alleges that they violated plaintiff's Eighth
2 Amendment rights by ignoring plaintiff's suicidal gestures (¶¶ 25, 27, 28); defendant Mendoza,
3 insofar as the complaint alleges he violated plaintiff's First Amendment rights by retaliatory
4 actions and Eighth Amendment rights by ignoring plaintiff's suicidal gestures (¶¶ 25, 27, 31,
5 39); defendant Baughman insofar as the complaint alleges that he violated plaintiff's First
6 Amendment rights by retaliatory actions and violated plaintiff's Eighth Amendment rights by
7 refusing to summon medical help for plaintiff, by leaving him in a holding cell for long periods
8 of time, and by refusing to transfer plaintiff to a facility where he could receive better mental
9 health treatment (¶¶ 20, 21, 37, 54); defendant Crane insofar as the complaint alleges that he
10 violated plaintiff's First Amendment rights by retaliatory actions (¶ 43 ); defendant Cantu,
11 insofar as plaintiff alleges that he violated plaintiff's Fourteenth Amendment rights by falsifying
12 the results of a disciplinary hearing (¶ 52).

13     2. The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons,
14 an instruction sheet and a copy of the amended complaint filed October 22, 2007 (docket no. 8).

15     3. Within thirty days from the date of this order, plaintiff shall complete the
16 attached Notice of Submission of Documents and submit the following documents to the court:

17     a. The completed Notice of Submission of Documents;
18     b. One completed summons;
19     c. One completed USM-285 form for each defendant listed in number 1
20     above; and
21     d. Eleven copies of the endorsed amended complaint filed October 22,
22     2007.
23 /////
24 /////
25 /////
26

1        4. Plaintiff need not attempt service on defendants and need not request waiver of
2 service. Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
4 without payment of costs.
5 DATED: February 4, 2008.

_____
U.S. MAGISTRATE JUDGE

2
will0752.1am

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. WILLIAMS,

    Plaintiff,               No. CIV S-07-0752 WBS KJM P

    vs.

JAMES WALKER, et al.,         NOTICE OF SUBMISSION

    Defendants.             OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                              Amended Complaint

DATED:

                                     _____
                                     Plaintiff