IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. WILLIAMS,

        Plaintiff,                  No. CIV S-07-0752 WBS KJM P

   vs.

JAMES WALKER, et al.,

        Defendants.        <u>ORDER</u>

                                       /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 4, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant James Walker was returned unserved because "retired, unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3   along with an instruction sheet and a copy of the amended complaint filed October 22, 2007; and

4   2. Within sixty days from the date of this order, plaintiff shall complete and

5   submit the attached Notice of Submission of Documents to the court, with the following

6   documents:

7   a. One completed USM-285 form for defendant Walker;

8   b. Two copies of the endorsed complaint filed October 22, 2007; and

9   c. One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: September 16, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
will0752.8e

```
1
2
3
4
5
6
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. WILLIAMS,

      Plaintiff,        No. CIV S-07-0752 WBS KJM P

  vs.

JAMES WALKER, et al.,        <u>NOTICE OF SUBMISSION</u>

      Defendants.        <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the October 22, 2007 Amended Complaint

DATED:

                                                           Plaintiff