IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. WILLIAMS,

      Plaintiff,                        No. CIV S-07-0752 WBS KJM P

    vs.

JAMES WALKER, et al.,

      Defendants.           <u>ORDER</u>

/

         Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On February 4, 2008, the court found service of plaintiff's amended complaint appropriate for defendants Leiber, Holmes, Malfi, Ramos, Lopez, Leach, Mendoza, Baughman, Crane and Cantu, and on March 4, 2008, directed the Marshal to serve these defendants. One form, that for defendant Malfi, was returned unexecuted; as a result, the court sent plaintiff more documents to enable him to make further attempts, through the Marshal, to serve defendant Malfi.

         Plaintiff seeks the assistance of this court to effect service on defendant Walker and has returned a summons, a USM 285 form and two copies of the amended complaint for service on Walker. As the court did not find the amended complaint appropriate for service on defendant Walker, however, the court will not intervene as requested.

1

IT IS THEREFORE ORDERED that:

1. Plaintiff's requests for clarification (docket no. 21) and for judicial intervention (docket no. 22) are denied;

2. The service documents returned by plaintiff on October 27, 2008 (docket no. 23) will be disregarded and they will not be sent to the Marshal for service;

3. The Clerk of the Court is directed to place the completed service documents, listing defendant Walker, in the court file; and

4. The Clerk of the Court is directed to change the docket text for docket number 19, so it reflects that the Marshal was unable to serve defendant Malfi.

DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2
will0752.ord